# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| R.B.A, *individually and on behalf of G.A.*, and R.M.A., *individually and on behalf of G.A.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JERSEY CITY BOARD OF EDUCATION,<br><br>　　　　　　Defendant. | Civil Action No.<br><br>15-8269 (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of Plaintiffs' Motion for Attorneys' Fees brought pursuant to § 1415 of the Individuals with Disabilities Education Act, 20 U.S.C. § 1415(i)(3)(B)(i) (ECF No. 132); and the Court having granted the Motion in its Opinion of April 26, 2023 (ECF No. 143); and, at the direction of the Court, Plaintiffs having submitted a substantively similar proposed Order on April 26, 2023 (ECF No. 144), to which Defendant has not objected; and for the reasons set forth in the Court's Opinion, and for good cause shown,

**IT IS** on this day, May 11, 2023, **ORDERED** that Defendant shall pay to the law firm Plaintiffs' counsel, Berney & Sang, the sum of $42,126.50 within thirty days of entry of this Order.

　　　　　　　　　　　　　　　　　　　　　　　*s/ Leda Dunn Wettre*
　　　　　　　　　　　　　　　　　　　　　Hon. Leda Dunn Wettre
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge